RECEIVED
IN LAKE CHARLES, LA.

JUL - 6 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **VICENTE DEJESUS** <br> **A093334598** | : | **DOCKET NO. 2:10-cv-475** <br> **SECTION P** |
| VS. | : | **JUDGE MINALDI** |
| **PHILLIP MILLER, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the petition be **DENIED** and **DISMISSED** as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___6___ day of ___July___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE